UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN W. BERNSTEIN and PETER M. RACHER, AS TRUSTEES OF THE THIRD SITE TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA A. BANKERT, individually, and in her capacity as Personal Representative of the Estate of Jonathan W. Bankert, Sr., JONATHAN W. BANKERT, JR., GREGORY BANKERT, ROBERT H. BANKERT, KATHERINE L. BANKERT, CYNTHIA A. RUSSELL, ROCKWOOD INSURANCE COMPANY OF INDIANA and AUTO-OWNERS MUTUAL INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 1:08-cv-0427-RLY-TAB ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION TO DISMISS ROCKWOOD INSURANCE COMPANY OF INDIANA

Plaintiffs, Norman W. Bernstein and Peter M. Racher, as Trustees of the Third Site Trust Fund, pursuant to Federal Rule of Civil Procedure 41(a)(2), move to dismiss Defendant Rockwood Insurance Company of Indiana ("Rockwood") only from this action, with prejudice, and to dismiss Rockwood's Cross Claim, with prejudice, with each party to bear its own costs, because the parties have settled. The Plaintiffs intend to continue litigation against the other remaining defendants.

                                          Respectfully submitted,

                                          **PLEWS SHADLEY RACHER & BRAUN LLP**

                                          By:  s/ Frederick D. Emhardt
                                               Attorneys for Plaintiffs

George M. Plews, Attorney No. 6274-49
Frederick D. Emhardt, Attorney No. 10952-49
Jonathan P. Emenhiser, Attorney No. 22348-01
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
Telephone Number: (317) 637-0700
Facsimile Number: (317) 637-0710

## CERTIFICATE OF SERVICE

       I hereby certify that on December 15th, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

S. Gregory Zubek
WHITHAM HEBENSTREIT & ZUBEK LLP
151 North Delaware Street, Suite 2000
Indianapolis, IN  46204

Barry C. Cope
James P. Strenski
BINGHAM McHALE LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

David L. Taylor
Jeffrey W. Ferrand
JENNINGS TAYLOR WHEELER & HALEY, P.C.
11711 North Pennsylvania Street, Suite 250
P.O. Box 1710
Carmel, IN  46082-1710

Mary K. Reeder
RILEY BENNETT & EGLOFF, LLP
Fourth Floor
141 East Washington Street
Indianapolis, IN  46204

Lawrence D. Mason
SEGAL McCAMBRIDGE SINGER & MAHONEY
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, IL  60606

Leon J. Letter
John A. Yeager
WILLINGHAM & COTÉ, P.C.
333 Albert Avenue, Suite 500
East Lansing, MI  48823

s/ Frederick D. Emhardt