
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NORMAN W. BERNSTEIN and PETER M. RACHER, AS TRUSTEES OF THE THIRD SITE TRUST FUND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:08-cv-0427-RLY-DML |
| PATRICIA A. BANKERT, individually, and in her capacity as Personal Representative of the Estate of Jonathan W. Bankert, Sr., JONATHAN W. BANKERT, JR., GREGORY BANKERT, ROBERT H. BANKERT, KATHERINE L. BANKERT, CYNTHIA A. RUSSELL, ENVIROCHEM CORPORATION, and AUTO OWNERS MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Count VII, the Plaintiffs' declaratory judgment count as to insurance coverage against Auto Owners Mutual Insurance Company, is the only claim that remains. On September 29, 2010, the court granted summary judgment in favor of the putative insureds, the Bankerts and Envirochem Corporation, and on February 3, 2011, the court reaffirmed that ruling by denying the Plaintiffs' motion to reconsider Count III. As the court has determined that the putative insureds have no liability in this suit for damages that might be covered by liability insurance, Count VII of Plaintiffs' Complaint against

Auto Owners Mutual Insurance Company is now moot.  A final judgment in this case shall issue in a separate document.

**SO ORDERED** this 3rd day of February 2011.

```
_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana
```

Electronic Copies to:

Scott Ernest Andres
DUE DOYLE FANNING  & METZGER
sandres@duedoyle.com

Norman W. Bernstein
N.W. BERNSTEIN & ASSOCIATES LLC
nwbernstein@nwbllc.com

Danford Royce Due
DUE DOYLE FANNING  & METZGER
ddue@duedoyle.com

Frederick D. Emhardt
PLEWS SHADLEY RACHER & BRAUN
emhardt@psrb.com

Jeffrey William Ferrand
JENNINGS TAYLOR WHEELER & HALEY
jferrand@jtwhlaw.com

Willis Edward Huiras
DAVIS & SARBINOFF LLP
weh@d-slaw.com

Leon J. Letter
WILLINGHAM & COTE' P.C.
lletter@willinghamcote.com

David L. Taylor
JENNINGS TAYLOR WHEELER & HALEY
dtaylor@jtwhlaw.com

John A. Yeager
WILLINGHAM & COTE' P.C.
jyeager@willinghamcote.com

S. Gregory Zubek
WHITHAM HEBENSTREIT & ZUBEK
sgz@whzlaw.com