UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NORMAN W. BERNSTEIN and PETER M. )
RACHER, AS TRUSTEES OF THE THIRD )
SITE TRUST FUND,                 )
        Plaintiffs,              )
                                 )
vs.                              )   1:08-cv-0427-RLY-DML
                                 )
PATRICIA A. BANKERT, individually, )
and in her capacity as Personal  )
Representative of the Estate of Jonathan W. )
Bankert, Sr., JONATHAN W. BANKERT, )
JR., GREGORY BANKERT, ROBERT H. )
BANKERT, KATHERINE L. BANKERT, )
CYNTHIA A. RUSSELL, ENVIROCHEM )
CORPORATION, and AUTO OWNERS   )
MUTUAL INSURANCE COMPANY,       )
        Defendants.              )

**FINAL JUDGMENT**

Comes now the court, having granted the Joint Motion for Summary Judgment in favor of Defendants, Patricia A. Bankert, individually and in her capacity as Personal Representative of the Estate of Jonathan W. Bankert, Sr., Jonathan W. Bankert, Jr., Gregory Bankert, Robert H. Bankert, Katherine L. Bankert, Cynthia A. Russell (the "Bankerts") and Envirochem Corporation, and against the Plaintiffs on Counts I-V of the Plaintiffs' Complaint (Docket # 177), having denied the Plaintiffs' Motion to Reconsider and Request for Oral Argument (Docket # 191), and having found the only remaining claim in this action against Auto-Owners (Count VII) moot in light of those rulings (there

1

is no Count VI), now enters final judgment in favor of the Bankerts and Envirochem Corporation, and against the Plaintiffs herein, Norman W. Bernstein and Peter M. Racher, as Trustees of the Third Site Trust Fund.

**SO ORDERED** this 3rd day of February 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Electronic Copies to:

Scott Ernest Andres
DUE DOYLE FANNING  & METZGER
sandres@duedoyle.com

Norman W. Bernstein
N.W. BERNSTEIN & ASSOCIATES LLC
nwbernstein@nwbllc.com

Danford Royce Due
DUE DOYLE FANNING  & METZGER
ddue@duedoyle.com

Frederick D. Emhardt
PLEWS SHADLEY RACHER & BRAUN
emhardt@psrb.com

Jeffrey William Ferrand
JENNINGS TAYLOR WHEELER & HALEY
jferrand@jtwhlaw.com

Willis Edward Huiras
DAVIS & SARBINOFF LLP
weh@d-slaw.com

Leon J. Letter
WILLINGHAM & COTE' P.C.
lletter@willinghamcote.com

David L. Taylor
JENNINGS TAYLOR WHEELER & HALEY
dtaylor@jtwhlaw.com

John A. Yeager
WILLINGHAM & COTE' P.C.
jyeager@willinghamcote.com

S. Gregory Zubek
WHITHAM HEBENSTREIT & ZUBEK
sgz@whzlaw.com