UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN W. BERNSTEIN and PETER M. RACHER, AS TRUSTEES OF THE THIRD SITE TRUST FUND, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | CASE NO. 1:08-cv-0427-RLY-DML |
| ) PATRICIA A. BANKERT, individually, and in ) her capacity as Personal Representative of the ) Estate of Jonathan W. Bankert, Sr., JONATHAN ) W. BANKERT, JR., GREGORY BANKERT, ) ROBERT H. BANKERT, KATHERINE L. ) BANKERT, CYNTHIA A. RUSSELL, ) ENVIROCHEM CORPORATION, and ) AUTO-OWNERS MUTUAL INSURANCE ) COMPANY ) ) | **NOTICE OF APPEAL** |
| Defendants. ) | |

### PLAINTIFFS' NOTICE OF APPEAL OF FEBRUARY 3, 2011, ORDERS AND SEPTEMBER 29, 2010 ORDERS <u>GRANTING SUMMARY JUDGMENT TO THE BANKERT DEFENDANTS</u>

Plaintiffs Norman W. Bernstein and Peter M. Racher, as Trustees of the Third Site Trust Fund (the "Trustees"), pursuant to 28 U.S.C. § 2107(a) and Federal Rules of Appellate Procedure, Rule 4(a), submit this notice of appeal of the February 3, 2011, orders and September 29, 2010, orders which together granted final summary judgment in favor of the Bankert Defendants. In support, the Trustees state:

1. On September 29, 2010, this Court entered "Entry on Defendants, Patricia A. Bankert, individually and in her capacity as personal representative of the Estate of Jonathan W.

Bankert, Sr., Jonathan W. Bankert, Jr., Gregory Bankert, Robert H. Bankert, Katherine L. Bankert, Cynthia A. Russell, and Envirochem Corporation's Joint Motion for Summary Judgment" (Document 177) which granted summary judgment to all the defendants except Auto-Owners Insurance Company ("Auto-Owners") and  "Entry on Plaintiffs' Motion to Strike Portions of Defendants' Reply Brief (Document 151) or, in the alternative, Motion for Leave to File Rejoinder" (Document 176).

      2.      Document 177 did not dispose of Count VII, the count for declaratory judgment against Auto-Owners.  In Document 177, the Court requested the parties to report as to disposition of Count VII, within fifteen (15) days.

      3.      The parties reported to the Court their positions as to Count VII, and the plaintiffs filed a motion to alter or amend the judgment (Document 179) and a supporting brief (Document 179-1).

      4.      On February 3, 2011, this court entered the following orders which disposed of all matters left in the case: (a) "Entry on Plaintiffs' Motion to Reconsider and Request to Certify Question to the Indiana Supreme Court and Plaintiffs' Request for Oral Argument on the Motion to Reconsider and Request to Certify Question of State Law to the Indiana Supreme Court" (Document 201); (b) "Order" (Document 202); and (c) "Final Judgment (Document 203).

      5.      The appeal is to be taken by the plaintiffs, Norman W. Bernstein and Peter M. Racher, as Trustees of the Third Site Trust Fund.  The plaintiffs are appealing Document 176, Document 177, Document 201, Document 202, and Document 203.  Together, these Orders granted final summary judgment to all defendants.  The appeal will be taken to the 7th Circuit Court of Appeals.

6.       The plaintiffs submit this notice within thirty days of February 3, 2011, in compliance with 28 U.S.C. 2107(a) and FRAP 4(a).

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

By: s/ Frederick D. Emhardt_____
      Attorneys for Plaintiffs

George M. Plews, Attorney No. 6274-49
Frederick D. Emhardt, Attorney No. 10952-49
Jonathan P. Emenhiser, Attorney No. 22348-01
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
Telephone Number: (317) 637-0700
Facsimile Number: (317) 637-0710

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

S. Gregory Zubek
WHITHAM HEBENSTREIT & ZUBEK LLP
151 North Delaware Street, Suite 2000
Indianapolis, Indiana 46204

David L. Taylor
Jeffrey W. Ferrand
JENNINGS TAYLOR WHEELER & HALEY, P.C.
11711 North Pennsylvania Street, Suite 250
P.O. Box 1710
Carmel, Indiana 46082-1710

John A. Yeager
WILLINGHAM & COTÉ, P.C.
333 Albert Avenue, Suite 500
East Lansing, Michigan 48823

Willis E. Huiras
DAVIS & SARBINOFF LLP
9000 Keystone Crossing, Suite 600
Indianapolis, Indiana 46240

Danford R. Due
Scott E. Andres
DUE DOYLE FANNING & METZGER, LLP
900 Circle Tower Building
55 Monument Circle
Indianapolis, Indiana 46204-5900

s/ Frederick D. Emhardt