**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

NORMAN W. BERNSTEIN and
PETER M. RACHER, as Trustees
of the Third Site Trust Fund,

        Plaintiffs

v.

PATRICIA A. BANKERT, individually, and in
her capacity as Personal Representative of the
Estate of Jonathan W. Bankert, Sr, JONATHAN
W. BANKERT, JR, GREGORY BANKERT,
ROBERT H. BANKERT, KATHERINE L. BANKERT,
CYNTHIA A. RUSSELL, ENVIROCHEM
CORPORATION, AUTO OWNERS MUTUAL
INSURANCE COMPANY, GREAT AMERICAN
EXCESS AND SURPLUS INSURANCE COMPANY,
ROCKWOOD INSURANCE COMPANY OF
INDIANA, and GATEWAY INSURANCE COMPANY,

        Defendants

Case No. 1:08-cv-0427-RLY-DML
Hon. Richard L. Young
Magistrate Judge Debra McVicker Lynch

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4(a)(3), notice is hereby given that Defendant Auto Owners Mutual Insurance Company hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the "Entry Denying Auto-Owners' Motion for Summary Judgment" [Docket No. 156] entered on March 16, 2010.

Dated: March 7, 2011

Respectfully submitted,
/s/ *John A. Yeager*
John A. Yeager
Leon J. Letter
Willingham & Coté, P.C.
Co-Counsel for Defendant Auto-Owners
333 Albert Ave, Suite 500
East Lansing, MI 48823

-and-

David L. Taylor
Jeffrey Ferrand
Jennings Taylor Wheeler & Haley, P.C.
Co-Counsel for Defendant Auto-Owners
11711 N. Pennsylvania Street, Suite 250
PO Box 1710
Carmel, Indiana 46082-1710

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2011, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which sent notification of such filing to the following:

George M. Plews
Frederick D. Emhardt
Jonathan P. Emenhiser
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
E-mail: emhardt@psrb.com
Attorneys for Plaintiffs

Barry C. Cope
James P. Strenski
Bingham McHale, LLP
10 West Market Street
Market Tower, Suite 2700
Indianapolis, IN 46204
E-mail: bcope@binghammchale.com
E-mail: jstrenski@binghammchale.com
Attorneys for Defendant Rockwood Insurance Company of Indiana

S. Gregory Zubek
Whitman Hebenstreit & Zubek
151 North Delaware Street, Suite 2000
Indianapolis, IN 46204
E-mail: sgz@whzlaw.com
Attorneys for Defendants Bankerts and Russell

David L. Taylor
Jeffrey Ferarnd
Jennings Taylor Wheeler & Haley, P.C.
11711 N. Pennsylvania Street, Suite 250
PO Box 1710
Carmel, Indiana 46082-1710
E-mail: dtaylor@jtwhlaw.com
E-mail: jferrand@jtwhlaw.com
Attorneys for Defendant Auto-Owners Mutual Insurance Company

Lawrence D. Mason
Segal McCambridge Singer & Mahoney
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
E-mail: lmason@smsm.com
Attorneys for Gateway Insurance Company

Willis E. Huiras
Davis & Sarbinoff, LLP
9000 Keystone Crossing, Suite 600
Indianapolis, IN 46240
E-Mail: weh@d-slaw.com
Attorneys for Defendants Patricia Bankert, Jonathan Bankert, Jr., Gregory Bankert, Robert H. Bankert, Katherine L. Bankert, and Cynthia A. Russell

Danford R. Due
Due Doyle Fanning & Mertzger, LLP
900 Circle Tower Building
55 Monument Circle
Indianapolis, IN 46204
E-Mail: ddue@duedoyle.com
Attorneys for Defendant Envirochem

                                                                          /s/ *John A. Yeager*

.I:\Team_f\Yeager\85105 AO-EnviroChem\7th Circuit (II)\85105app.ntc.1.doc