**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**
**Office of the Clerk**

| | |
|---|---|
| 105 U.S. COURTHOUSE | LAURA A. BRIGGS |
| 46 EAST OHIO STREET | CLERK |
| INDIANAPOLIS, IN  46204 | 317-229-3700 |

August 29, 2011

RECORD TRANSMITTAL LETTER

GINO AGNELLO, CLERK
U.S.  COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
219 SOUTH DEARBORN STREET, ROOM 2722
CHICAGO, IL  60604

NORMAN W. BERNSTEIN, et al.        APPELLATE NO.     11-1501
PLTF/APPELLANTS
        V.
PATRICIA A. BANKERT, et al.
DEFT/APPELLEES


NORMAN W. BERNSTEIN, et al.        APPELLATE NO.     11-1523
PLTFS/APPELLEES
V.
AUTO OWNERS MUTUAL INS. CO.
DEFT/APPELLANT

DISTRICT COURT NO.     1:08-cv-0427-RLY-DML

Dear Mr. Agnello:

   Enclosed herewith please find one CD containing the long record.  It consists of the following, compiled per Designation of Record, Docket #219:

   (02)   File of Pleadings, compiled per Designation  of Record, docket #624.
   (03)   Loose Pleadings
   (01)   Transcript

Very truly yours,
LAURA A. BRIGGS
BY: THERESA M. AMATO
DEPUTY CLERK