UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN W. BERNSTEIN and ) | |
| PETER M. RACHER, as Trustees of ) | |
| The Third Site Trust Fund, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:08-cv-0427-RLY-DML |
| ) | |
| PATRICIA A. BANKERT, individually, and in ) | |
| her capacity as Personal Representative of the ) | |
| Estate of Jonathan W. Bankert, Sr., et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Norman W. Bernstein and Peter M. Racher, as Trustees of the Third Site Trust Fund, and all the remaining defendants -- Patricia A. Bankert, individually, and in her capacity as Personal Representative of the Estate of Jonathan W. Bankert, Sr., Jonathan W. Bankert, Jr., Gregory Bankert, Robert H. Bankert, Katherine L. Bankert, Cynthia A. Russell, Envirochem Corporation, and Auto-Owners Mutual Insurance Company – stipulate to dismissal with prejudice, consistent with the terms and conditions of the "Releases" executed on or about July 18, 2014, with costs paid and no award of interest, costs, or attorney fees to any party.

Respectfully Submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

By: */s/ Frederick D. Emhardt*
    Attorney for the Plaintiffs

Frederick D. Emhardt, Attorney No. 10952-49
PLEWS SHADLEY RACHER & BRAUN, LLP
1346 North Delaware Street
Indianapolis, Indiana 46202-2415
Telephone Number: (317) 637-0700
Email: femhardt@psrb.com

        s/ David L. Taylor
        David L. Taylor
        Taylor Law Firm, PC
        8730 Commerce Park Place, Suite C
        Indianapolis, IN 46268
        Telephone Number: (317) 228-9910
        Facsimile Number: (317) 228-9972
        *Attorney for Auto-Owners Mutual Insurance Company*


        s/ John A. Yeager
        John A. Yeager
        WILLINGHAM & COTÉ, P.C.
        333 Albert Avenue, Suite 500
        East Lansing, MI  48823
        Telephone Number:  517-351-6200
        Facsimile Number:  517-351-1195
        lletter@willinghamcote.com
        jyeager@willinghamcote.com
        *Attorney for Auto-Owners Mutual Insurance Company*


        s/ S. Gregory Zubek
        WHITHAM HEBENSTREIT & ZUBEK LLP
        151 North Delaware Street, Suite 2000
        Indianapolis, IN  46204
        Telephone Number:  317-638-5555
        Facsimile Number:  317-638-5533
        sgz@whzlaw.com
        *Attorney for Cynthia A. Russell*


        s/ Willis E. Huiras
        Willis E. Huiras
        DAVIS & SARBINOFF LLP
        9000 Keystone Crossing, Suite 660
        Indianapolis, Indiana 46240
        Telephone Number DD:  317-569-1283
        Facsimile Number: 317-569-1293
        weh@d-slaw.com
        *Attorney for Patricia Bankert, Jonathan W. Bankert Jr., Gregory Bankert, Robert H. Bankert, Katherine L. Bankert, and Cynthia A. Russell*

                                      s/ Scott Andres
                                      Danford R. Due and
Scott E. Andres
DUE DOYLE FANNING LLP
55 Monument Circle, Suite 900
Indianapolis, IN 46204
Telephone Number: 317-635-7700
Facsimile Number: 317-636-2408
*Attorney for Envirochem Corporation*