UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN W. BERNSTEIN and PETER M. RACHER, as Trustees of The Third Site Trust Fund, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA A. BANKERT, individually, and in her capacity as Personal Representative of the Estate of Jonathan W. Bankert, Sr., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 1:08-cv-0427-RLY-DML ) ) ) ) ) ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

All remaining parties have filed their "Stipulation of Dismissal With Prejudice." And the Court, being duly advised, hereby orders this case dismissed with prejudice, consistent with the terms and conditions of the "Releases" executed on or about July 18, 2014, with costs paid and no award of interest, costs, or attorney fees to any party.
.

Dated: __8/08/2014__

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

All counsel of record